1030

[No. 36800-5-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW SCOTT NESSETH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00382-7, Sally F. Olsen, J., entered September 11, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36959-1-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRBY RANDALL CHRISTOPHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04670-0, Thomas Felnagle, J., entered October 16, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 36966-4-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PHILIP KERR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02451-6, Katherine M. Stolz, J., entered October 12, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36999-1-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DON WESLEY WINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02237-8, Robert L. Harris, J., entered October 23, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.